UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SANDI D. JACKSON, individually, and as next friend and parent of KEELY A. JACKSON, a minor child under the age of eighteen years old, <br><br> Plaintiffs, <br><br> v. <br><br> FRANK NIX, SUSIE YONKERS, JEANNIE COLE, AMY BURKE, SHANNON ATKINSON, KIM WILSON, TERESA TOWERY, AMY NIX, KERI CRESS, VIOLA MILLER, all sued in their individual capacity, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) No. 3:06-0182 ) JUDGE ECHOLS ) ) ) ) ) ) ) ) ) ) |

## ORDER

For the reasons stated in the Memorandum entered contemporaneously herewith,

(1) Defendants' Motion to Dismiss The Second Amended Complaint (Docket Entry No. 60) is hereby GRANTED.

(2) Alternatively, Defendants' Motion For Summary Judgment (Docket Entry No. 64) is hereby GRANTED.

(3) This case is hereby DISMISSED WITH PREJUDICE.

(4) Entry of this Order on the docket shall constitute entry of final Judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE